**James Franklin MCCLELLAND,
Plaintiff—Appellant,**

v.

**Joseph HARRIS; Mikeal Bush,
Defendants—Appellees.**

No. 06–7929.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 26, 2007.

James Franklin McClelland, Appellant pro se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Franklin McClelland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClelland v. Harris*, No. 5:05–cv–00273, 2006 WL 3240751 (W.D.N.C. Nov. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*